UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS,

    Plaintiff(s),             No. C 07-3322 PJH

  v.                      **CLERK'S NOTICE**

GREENFIELD MEMORIAL DISTRICT,

    Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on **October 25, 2007** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** October 4, 2007, in this matter.   A joint case management conference statement shall be filed by October 18, 2007.

                                                Richard W. Wieking
                                                Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  September 24, 2007