1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHWEST ADMINISTRATORS, INC.     )     NO.  C 07 3322 PJH
12                                     )
                                       )     EX PARTE APPLICATION FOR
13                    Plaintiffs,      )     ORDER  TO  CONTINUE  CASE
                                       )     MANAGEMENT CONFERENCE
14         vs.                         )
                                       )
15 GREENFIELD MEMORIAL DISTRICT, a     )
   California corporation              )
16                                     )
                                       )
17                    Defendant.       )
   _____)
18
           Plaintiffs, NORTHWEST ADMINISTRATORS, INC., hereby apply ex
19
   parte for an order to continue the Case Management Conference from
20
   October 25, 2007 to November 29, 2007.
21
           This ex parte application is based upon the Declaration of
22
   Attorney Michael J. Carroll filed as document.
23
           Dated:   October 18, 2007
24
                                   Respectfully submitted,
25
                                   ERSKINE & TULLEY
26

27                                 By: /s/ Michael J. Carroll
                                      Michael J. Carroll
28                                    Attorneys for Plaintiffs

   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE     1