```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GREENFIELD MEMORIAL DISTRICT, a ) <br> California corporation, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  C 07 3322 PJH <br><br> DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT <u>CONFERENCE BE CONTINUED</u> <br> DATE: 10/25/07 <br> TIME: 2:30 p.m. |

I, MICHAEL J. CARROLL, declare:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Settlement discussions have resulted in substantial payments by the defendant. All that remains due is a small amount of interest, liquidated damages and costs. Defendant is requesting a

1  wavier of interest , liquidated damages and cost; but plaintiff's
2  Trustees have not yet reviewed the matter.
3          4.   It is requested that the Court continue the Case
4  Management Conference some thirty days hence.
5          5.   Good cause exists to grant plaintiff's request for a
6  continuance of the Case Management Conference currently set for
7  October 25, 2007 to November 29, 2007 to allow the parties time to
8  settle this case and avoid any unnecessary burden to the Court.
9          I declare under penalty of perjury that the foregoing is
10 true and correct to the best of my knowledge.
11 Date:    October 18, 2007          ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION
12
13                                    By: /s/Michael J. Carroll
                                          Michael J. Carroll
14                                        Attorneys for Plaintiffs

DECL OF COUNSEL REQUESTING THAT CASE MANAGEMENT CONFERENCE BE CONTINUED
         2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On October 18, 2007 I served the within DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT CONFERENCE BE CONTINUED on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Mr. Gus Ybarra
Greenfield Memorial District
140 Camino Real
P.O. Box 85
Greenfield, CA 93927

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2007 at San Francisco, CA.


/s/Sharon Eastman
Sharon Eastman