1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 San Francisco, CA  94104
Telephone:  (415) 392-5431
4
Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 07 3322 PJH |
|---|---|---|---|
| 12 | | ) | ORDER TO CONTINUE CASE |
| | Plaintiffs, | ) | MANAGEMENT CONFERENCE |
| 13 | | ) | |
| | vs. | ) | |
| 14 | | ) | |
| | GREENFIELD MEMORIAL DISTRICT, a | ) | |
| 15 | California corporation, | ) | |
| | | ) | |
| 16 | | ) | |
| | Defendant. | ) | |
| 17 | _____ | ) | |

18        IT IS ORDERED that the Case Management Conference in this

19 case set for October 25, 2007 be continued to November 29, 2007 at

20 2:30 p.m. in Courtroom 3, 17th Floor, San Francisco, CA.

21 Dated:_____   _____
                                    Honorable Phyllis J. Hamilton

22

23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE