```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 07 3322 PJH
                                      )
12                                    )   ORDER TO CONTINUE CASE
                         Plaintiffs,  )   MANAGEMENT CONFERENCE
13                                    )
              vs.                     )
14                                    )
    GREENFIELD MEMORIAL DISTRICT, a   )
15  California corporation,           )
                                      )
16                                    )
                         Defendant.   )
17  _____ )
18       IT IS ORDERED that the Case Management Conference in this
19  case set for October 25, 2007 be continued to November 29, 2007 at
20  2:30 p.m. in Courtroom 3, 17th Floor, San Francisco, CA.
21  Dated: 10/19/07                    _____
                                       Honorable Phyllis J. Hamilton
22
```

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE