1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHWEST ADMINISTRATORS, INC.     )      NO.  C 07 3322 PJH
12                                     )
                                       )      EX PARTE APPLICATION FOR
13                      Plaintiffs,    )      ORDER TO CONTINUE CASE
                                       )      MANAGEMENT CONFERENCE
14           vs.                       )
                                       )
15  GREENFIELD MEMORIAL DISTRICT, a    )
    California corporation             )
16                                     )
                                       )
17                      Defendant.     )
   _____)
18
            Plaintiffs, NORTHWEST ADMINISTRATORS, INC., hereby apply <u>ex</u>
19
   <u>parte</u> for an order to continue the Case Management Conference from
20
   November 29, 2007 to December 27, 2007.
21
            This <u>ex parte</u> application is based upon the Declaration of
22
   Attorney Michael J. Carroll filed as document.
23
            Dated:   November 26, 2007
24
                                  Respectfully submitted,
25
                                  ERSKINE & TULLEY
26

27                                By: /s/ Michael J. Carroll
                                      Michael J. Carroll
28                                    Attorneys for Plaintiffs

   <u>EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE</u>      1