```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREENFIELD MEMORIAL DISTRICT, a ) <br> California corporation ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO.  C 07 3322 PJH <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.  Service has not been accomplished upon the defendant in this case due to defendant agreeing to settlement.  No responsive pleading was filed, but the defendant contacted counsel.

3.  Substantial payments have been paid, and an offer of

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1

1  compromise as to the balance has been sent to
2 defendant.
3  4. It is requested that the Court continue the Case
4 Management Conference some thirty days hence.
5  5. Good cause exists to grant plaintiff's request for a
6 continuance of the Case Management Conference currently set for
7 November 29, 2007 to December 27, 2007 to allow the parties time to
8 settle this case and avoid any unnecessary burden to the Court.
9  I declare under penalty of perjury that the foregoing is
10 true and correct to the best of my knowledge.
11  Executed on November 26, 2007 at San Francisco, California.

  /s/ Michael J. Carroll
  Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On November 26, 2007 I served the within **DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Robert Thorp
Greenfield Memorial District
P.O. Box 91
Greenfield, CA 94104

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2007 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman