```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GREENFIELD MEMORIAL DISTRICT, a ) <br> California corporation ) <br> ) <br> Defendant. ) <br> _____) | NO.  C 07 3322 PJH <br><br> ORDER TO CONTINUE CASE <br> MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for November 29, 2007 continued to December 27, 2007 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____          _____
                                 Judge Phyllis J. Hamilton

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE