```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
    NORTHWEST ADMINISTRATORS, INC.    )   NO.  C 07 3322 PJH
12                                    )
                        Plaintiffs,   )   ORDER TO CONTINUE CASE
13                                    )   MANAGEMENT CONFERENCE
              vs.                     )
14                                    )
    GREENFIELD MEMORIAL DISTRICT, a   )
15  California corporation            )
                                      )
16                      Defendant.    )
    _____)
17

18       IT IS ORDERED that the Case Management Conference in this
                                       January 3, 2008
19  case set for November 29, 2007 continued to ~~December 27, 2007~~ at 2:30

20  p.m. in Courtroom 3, 17ᵗʰ Floor, 450 Golden Gate Avenue, San

21  Francisco, CA.

22  Dated:  11/27/07                    _____
                                        Judge Phyllis J. Hamilton
23
```

[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE