```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
NORTHWEST ADMINISTRATORS, INC.,   )   NO. C 07 3322 PJH
                                  )
                    Plaintiff,    )   EX PARTE APPLICATION
                                  )   FOR ORDER TO CONTINUE
        vs.                       )   CASE MANAGEMENT CONFERENCE
                                  )
GREENFIELD MEMORIAL DISTRICT, a   )
a California corporation          )
                                  )
                    Defendant.    )
                                  )
_____)
```

        Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies ex parte for an order to continue the Case Management Conference from January 3, 2008 to February 7, 2008.

        This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

        Dated: December 27, 2007

                              Respectfully submitted,

                              ERSKINE & TULLEY

                              By:/s/ Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiff