```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREENFIELD MEMORIAL DISTRICT, a California corporation <br><br> Defendant. | NO.  C 07 3322 PJH <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Service has not been accomplished upon the defendant in this case due to defendant agreeing to settlement. No responsive pleading was filed, but the defendant contacted counsel.

3. Substantial payments have been paid, and an offer of

1  compromise of the balance was made by the plaintiff and accepted by
2  the defendant.
3         4.   Payment was supposedly sent out by defendant, but has
4  not yet been received by plaintiff.
5         5.   We request a 30 day continuance so that payment can be
6  verified and the case dismissed without inconvenience to the Court or
7  Counsel.
8         I declare under penalty of perjury that the foregoing is
9  true and correct to the best of my knowledge.
10        Executed on December 27, 2007 at San Francisco, California.

                                        /s/ Michael J. Carroll
                                        Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On December 27, 2007 I served the within **DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Robert Thorp
Greenfield Memorial District
P.O. Box 91
Greenfield, CA 94104

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007 at San Francisco, California.

                              /s/Sharon Eastman
                               Sharon Eastman