ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 07 3322 PJH |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| GREENFIELD MEMORIAL DISTRICT, a | ) | |
| California corporation | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS ORDERED that the Case Management Conference in this case set for January 3, 2008 continued to February 7, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____         _____
                                 Judge Phyllis J. Hamilton