```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 07 3322 PJH |
| ) | |
| Plaintiffs, ) | ORDER TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| vs. ) | |
| ) | |
| GREENFIELD MEMORIAL DISTRICT, a ) | |
| California corporation ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that the Case Management Conference in this case set for January 3, 2008 continued to February 7, 2008 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 1/3/08 _____
Judge Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE