ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO. C 07 3322 PJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF |
| | ) | VOLUNTARY DISMISSAL |
| GREENFIELD MEMORIAL DISTRICT, a | ) | |
| California corporation | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

          Notice is hereby given that plaintiff dismisses the above

entitled action without prejudice pursuant to Federal Rule of Civil

Procedure 41, and all dates relating to this case should be taken

off the Court's calendar including the hearing on a Case Management

Conference set for February 7, 2008 at 2:30 p.m. in Courtroom No.

3,17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 31, 2008

                                    ERSKINE & TULLEY

                              By: _____
                                    Michael J. Carroll
                                    Attorneys for Plaintiff



IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF VOLUNTARY DISMISSAL

1

<u>PROOF OF SERVICE BY MAIL</u>

2

I am a citizen of the United States and employed in the City and

3

County of San Francisco, California. I am over the age of eighteen

4

years and not a party to the within above entitled action; my

5

business address is 220 Montgomery Street, Suite 303, San

6

Francisco, California 94104. On January 31, 2008 I served the

7

within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said

8

action, by placing a true copy thereof enclosed in a sealed

9

envelope with postage thereon fully prepaid, in the United States

10

post office mail box at San Francisco, California, addressed as

11

follows:

12

**Robert Thorp**
**Greenfield Memorial District**
**P.O. Box 91**

13

**Greenfield, CA 94104**

14

I, SHARON EASTMAN, certify (or declare), under penalty of perjury

15

that the foregoing is true and correct.

16

Executed on January 31, 2008 at San Francisco, California.

17

18

19

Sharon Eastman

20

21

22

23

24

25

26

27

28